JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MIRIAM MALDONADO,
Plaintiff,
v.
EL POLLO CON TAJADAS, INC., et al.,
Defendants.

Case No. 2:26-cv-09050-FLA (SSCx)

**ORDER DISMISSING ACTION [DKT. 16]**

On September 17, 2026, Plaintiff Miriam Maldonado ("Plaintiff") filed a Notice of Voluntary Dismissal of Entire Action Without Prejudice ("Notice"). Dkt. 16. Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED. The court's August 17, 2026 Order to Show Cause, Dkt. 11, is DISCHARGED.
2. The court DISMISSES the action without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

Dated: September 18, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge